**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ANA MARIA GAVIRIA LORA, | Case No. 5:26-cv-00077-FWS-ACCV |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| GEO GROUP, INC., *et al.*, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition, in part; and (2) a writ of habeas corpus is issued requiring Respondents to immediately release Petitioner, ANA MARIA GAVIRIA LORA (A# 246 763 907), subject to the same conditions of her Order of Release on Recognizance.

DATED: May 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1