JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANA MARIA GAVIRIA LORA, | Case No. 5:26-cv-00077-FWS-ACCV |
| Petitioner, | |
| v. | **JUDGMENT** |
| GEO GROUP, INC., *et al.*, | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, in part, with no further proceedings, consistent with the reasons and findings set forth in the May 29, 2026 Report and Recommendation of United States Magistrate Judge.

DATED: May 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE